IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

THOMAS BEALE,

    Plaintiff,

    vs.

MARIROSA LAMAS, et al,

    Defendants.

***FILED ELECTRONICALLY***

CIV. ACTION NO. 20-cv-5137

## JOINT MOTION TO STAY TRIAL DEADLINES PENDING OUTCOME OF DISPOSITIVE MOTIONS

Now come, Defendants Dr. Paul Little and his co-defendants of the Department of Corrections, by and through their undersigned counsel, and for their Joint Motion, pursuant to Fed. R. Civ. P. 6, to Stay any trial deadlines pending the outcome of their dispositive motions state as follows:

1.    This is a §1983 matter filed by Thomas Beale, a prisoner of the Pennsylvania Department of Corrections, alleging that defendants violated his civil rights while in their custody for a variety of issues, including regulation of the prison temperature, controlling cigarette smoke in the facility, and providing improper medical treatment for his asthma and Raynaud's syndrome, among others.

2.    In accordance with the Court's May 25, 2023, Order, Defendants timely filed separate Motions for Summary Judgment on June 15, 2023.  (ECF Nos. 151,

1

154, 157).  Mr. Beale now has until July 5, 2023, to respond to these pending dispositive motions.  (ECF No. 151).

3.      In addition to these Rule 56 deadlines, the Court's April 13, 2023, Order (ECF No. 141) sets forth various deadlines in anticipation of trial, including:

- Pretrial memorandum due by July 5, 2023;
- Motions in *Limine* due by July 5, 2023;
- Responses to Motions in *Limine* due by July 12, 2023;
- Exhibits due by July 12, 2023;
- Points for charge and Proposed Verdict slip due by July 12, 2023;
- Pretrial Conference set for July 19, 2023;
- Jury Selection set for July 21, 2023; and
- Jury Trial set for July 24, 2023.

4.      For the following reasons, Defendants now respectfully move to stay all trial deadlines, as set forth above, pending the outcome of their Motions for Summary Judgment.

5.      Defendants seek to stay all pending trial deadlines until their Rule 56 motions have been decided, as the outcome of these motions may obviate the need to hold a trial in this case.

6.      Therefore, in the interests of judicial economy, as well as the parties' resources and time, it is respectfully requested that all deadlines aside from responsive deadlines to the pending Motions for Summary Judgment be stayed until said motions have been decided.

7.    Alternatively, should the Court not be inclined to totally stay all trial deadlines, the parties request that all trial deadlines be continued by at least one hundred eighty (180) days to allow sufficient time for a decision to be rendered on the pending motions for summary judgment, as well as time for the parties to then consider the effects of said decision on their case for purposes of trial.

8.    This request is made in good faith and not to delay these proceedings. It is believed that no prejudice will befall Mr. Beale if this Motion is granted because he will still be entitled to a trial should the dispositive motions not fully resolve his pending claims.

WHEREFORE, Defendants jointly request the Court stay all pending trial deadlines, including any pretrial conferences, until their Motions for Summary Judgment have been decided.

Respectfully submitted

| WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL |
|---|---|
| BY:  /s/ Benjamin M. Lombard | BY:  /s/  Sarina Kaplan |
| Benjamin M. Lombard, Esquire | Sarina Kaplan, Senior DAG |
| Samuel H. Foreman, Esquire | 1600 Arch Street, Suite 300 |
| Four PPG Place, 5th Floor | Philadelphia, PA 19103 |
| Pittsburgh, PA 15222 | (267) 768-3964 |
| (412) 281-4541 | |
| | *Counsel for Corrections* |
| *Counsel for Dr. Little* | *Defendants* |

## CERTIFICATE OF SERVICE

I, Benjamin M. Lombard, Esquire, hereby certify that on this date a true and correct copy of the foregoing **JOINT MOTION TO STAY TRIAL DEADLINES PENDING OUTCOME OF DISPOSITIVE MOTIONS** was sent either by first class United States mail, postage prepaid, or by CM/ECF Notice to the following.

*By U.S. Mail only to:*

Thomas Beale, DM-4850
Smart Communications
SCI-Chester
PO Box 33028
St Petersburg, FL  33733
*Plaintiff*

*By CM/ECF Notice only to:*

Sarina Kaplan, Senior Deputy Attorney General
PA Office of Attorney General
The Phoenix Building
1600 Arch St., 3rd Floor
Philadelphia, PA 19103
*Counsel for Corrections Defendants*

/s/ Benjamin M. Lombard
Benjamin M. Lombard, Esquire

Dated:        June 16, 2023

4