**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |  |
|---|---|---|
| THOMAS BEALE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-5137 |
| | : | |
| MARIROSA LAMAS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

_____

**ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of the Defendants'

Joint Motion for Extension of Pre-Trial Filing Deadlines, it is ORDERED and DECREED that

the Motion is GRANTED. It is further ORDERED that all deadlines and dates in the Court's

Scheduling Order (ECF No. 141), beyond the dispositive motions, are extended by the later of

the following: two weeks after the Court-Scheduled Teleconference of July 6, 2023, ruling on

Defendants' Motion to Extend All Deadlines and Trial; or until the dates established by a new

Court Order after the Court-Scheduled Teleconference on July 6, 2023.


BY THE COURT:


_____

Smith, J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |  |
|---|---|---|
| THOMAS BEALE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-5137 |
| | : | |
| MARIROSA LAMAS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

_____

## DEFENDANTS' JOINT MOTION FOR
## EXTENSION OF PRE-TRIAL FILINGS

Commonwealth Defendants Superintendent, Kenneth Eason; Corrections Healthcare Administrator, Alicia Ross; Deputy Superintendent, Mark Wahl; Unit Manager, Patricia Connor-Counsel; former Healthcare Corrections Administrator, Shirley Laws Smith; Corrections Officer, Tyrus Winstead; Sergeant Malachi White; Corrections Officer, Paige Devane; Corrections Officer, Jeanine Lees; Corrections Officer, Tyler Karasinski; Corrections Officer Saleema Parker; Corrections Officer Goode Williams, Jamelle Norris, Robert Lyons, Neko Bourne, George Arias, and Jaclyn Neally (collectively "Commonwealth Defendants"), and Defendant, Dr. Paul Little, by counsel, hereby move this Court pursuant to Federal Rule of Civil Procedure 6(b) to extend pre-trial filings by the later of the following: two weeks after the Court-Scheduled Teleconference of July 6, 2023, ruling on Defendants' Motion to Extend All Deadlines and Trial; or until the dates established by a new Court Order after the Court-Scheduled Teleconference on July 6, 2023.

Dated: June 27, 2023

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
The Phoenix Building
1600 Arch St., 3rd Floor
Philadelphia, PA 19103
Telephone: (267) 768-3964
Fax: (717) 772-4526
skaplan@attorneygeneral.gov

Respectfully submitted,

MICHELLE A. HENRY
Attorney General

BY: /s/ Sarina Kaplan
Sarina Kaplan (Pa. No. 209738)
Senior Deputy Attorney General

KAREN M. ROMANO
Chief Deputy Attorney General
Civil Litigation Section



WEBER GALLAGHER SIMPSON STAPLETON
FIRES & NEWBY LLP

By: /s/ Benjamin M. Lombard
Benjamin M. Lombard, Esquire
blombard@wglaw.com
PA I.D. 322376

Samuel H. Foreman, Esquire
sforeman@wglaw.com PA I.D.
77096 Four PPG Place, 5th Floor
Pittsburgh, PA 15222
T: (412) 281-4541 F: (412) 281-4547

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| THOMAS BEALE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-5137 |
| | : | |
| MARIROSA LAMAS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANTS' JOINT MOTION
FOR EXTENSION OF PRE-TRIAL FILINGS**

Defendants Superintendent, Kenneth Eason; Corrections Healthcare Administrator, Alicia Ross; Deputy Superintendent, Mark Wahl; Unit Manager, Patricia Connor-Counsel; former Healthcare Corrections Administrator, Shirley Laws Smith; Corrections Officer, Tyrus Winstead; Sergeant Malachi White; Corrections Officer, Paige Devane; Corrections Officer, Jeanine Lees; Corrections Officer, Tyler Karasinski; Corrections Officer Saleema Parker; Corrections Officer Goode Williams, Jamelle Norris, Robert Lyons, Neko Bourne, George Arias, and Jaclyn Neally (collectively "Commonwealth Defendants"), and Dr. Paul Little, by counsel, respectfully submit this memorandum of law in support of their Motion for Extension of Pre-Trial Filings deadlines.

**I.      BACKGROUND**

Plaintiff's voluminous Amended Complaint raises claims of state law and constitutional violations that allegedly took place over the course of days, months and years, against numerous Defendants.  ECF 54.  After filing Answers to Plaintiff's Amended Complaint, a Scheduling

1

Order was issued, and Defendants conducted Plaintiff's deposition on December 8, 2022, ahead of the original discovery deadline of December 19, 2022.  ECF 102.

After Plaintiff propounded discovery upon Defendants at the very end of the Court's scheduling deadlines, the Court extended discovery deadlines for 45 days, in a Second Amended Scheduling Order, allowing time for Plaintiff to propound discovery and Defendants to respond. ECF 114. Plaintiff's discovery requests included 230 pages of individual Interrogatories, Requests for Production, and Requests for Admission, directed to all individually named Commonwealth Defendants and Dr. Little, ECF 113-1,2 and 3, which Defendants responded to, in kind.

Plaintiff requested a second extension of discovery deadlines, ECF 125, which was granted on March 23, 2023, with a Third Amended Scheduling Order.  ECF 128.

With additional discovery left to be completed by the time of a telephone conference with the Court on April 13, 2023, the Court issued another Scheduling Order, the Fourth Amended Scheduling Order, setting the most recent deadlines. ECF 141, 151.  The Defendants thereafter filed timely dispositive motions.  ECF 154 and 157.

The Defendants' Motions for Summary Judgment are lengthy and complex, given the volume of claims, defendants, and issues raised in Plaintiff's Amended Complaint.  Based upon these pending Motions, and in the interest of judicial economy, the Defendants jointly filed a Motion to extend the pre-trial deadlines contained in the Court's Fourth Amended Scheduling Order so as to allow the Court time to rule upon Defendants' dispositive motions.  The Court scheduled a Teleconference for July 6, 2023, to address this application.  In the meantime, some of the pre-trial deadlines, including Pre-Trial Memoranda and Motions in Limine, become due on July 5, 2023, ahead of the Court-scheduled teleconference on July 6, 2023.  ECF 141.

## II.    ARGUMENT

"It is well recognized that 'the scope and conduct of discovery are within the sound discretion of the trial court.'" *Canterna v. United States*, 319 Fed. Appx. 93, 97 (3d Cir. 2008) (quoting *Marroquin–Manriquez v. INS*, 699 F.2d 129, 134 (3d Cir. 1983)).  Here, Defendants have been diligently working to complete discovery and prepare dispositive motions on behalf of numerous defendants, and in response to numerous claims.  This request will not delay or prejudice Plaintiff's claims, as Plaintiff admitted at his deposition that the claims alleged in his Amended Complaint have resolved, and he is now seeking monetary relief for past conduct. Additionally, the undersigned counsel has a conflict with the Court's trial date, as the undersigned is attached to another trial in the EDPA, scheduled by Judge Savage before the Court's Fourth Amended Scheduling Order, ECF 141, which is set to commence on July 20, 2023.

## III.    CONCLUSION

Wherefore Defendants respectfully request that the Court extend pre-trial filings by the later of the following: two weeks after the Court-Scheduled Teleconference of July 6, 2023, ruling on Defendants' Motion to Extend All Deadlines and Trial; or until the dates established by a new Court Order after the Court-Scheduled Teleconference on July 6, 2023.

Dated: June 27, 2023                    Respectfully submitted,

                                        MICHELLE A. HENRY
                                        Attorney General

COMMONWEALTH OF PENNSYLVANIA            BY: /s/ Sarina Kaplan
OFFICE OF ATTORNEY GENERAL              Sarina Kaplan (Pa. No. 209738)
The Phoenix Building                    Senior Deputy Attorney General
1600 Arch St., 3rd Floor
Philadelphia, PA 19103
Telephone:  (267) 768-3964              KAREN M. ROMANO
Fax:  (717) 772-4526                    Chief Deputy Attorney General
skaplan@attorneygeneral.gov             Civil Litigation Section


                                        WEBER GALLAGHER SIMPSON STAPLETON
                                        FIRES & NEWBY LLP

                                        By: /s/ Benjamin M. Lombard
                                        Benjamin M. Lombard, Esquire
                                        blombard@wglaw.com
                                        PA I.D. 322376

                                        Samuel H. Foreman, Esquire
                                        sforeman@wglaw.com PA I.D.
                                        77096 Four PPG Place, 5th Floor
                                        Pittsburgh, PA 15222
                                        T: (412) 281-4541 F: (412) 281-4547

4

## CERTIFICATE OF SERVICE

I, Sarina M. Kaplan, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on June 27, 2023, a true and correct copy of the foregoing Motion to Extend Pre-Trial Filings, has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System.  I further certify that a true and correct copy of this document was mailed on June 27, 2023 by first class mail, postage prepaid to:

Smart Communications/PADOC
Thomas Beale, DM-4850
SCI-Chester
P.O. Box 33028
St. Petersburg, FL 33733
*Pro Se Plaintiff*

Dated: June 27, 2023                                    /s/ Sarina Kaplan
                                                        Sarina Kaplan