**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| _____ | : | |
| THOMAS BEALE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-5137 |
| | : | |
| MARIROSA LAMAS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**ORDER**

AND NOW, this 27th day of ___June___, 2023, upon consideration of the Defendants'

Joint Motion for Extension of Pre-Trial Filing Deadlines, it is ORDERED and DECREED that

the Motion is GRANTED. It is further ORDERED that all deadlines and dates in the Court's

Scheduling Order (ECF No. 141), beyond the dispositive motions, are extended by the later of

the following: two weeks after the Court-Scheduled Teleconference of July 6, 2023, ruling on

Defendants' Motion to Extend All Deadlines and Trial; or until the dates established by a new

Court Order after the Court-Scheduled Teleconference on July 6, 2023.

BY THE COURT:

*/s/ Edward G. Smith*
_____
Smith, J.