IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS BEALE, Pro Se,        }

      Plaintiff,          }

                       }    CIVIL ACTION

vs.                   }

                       }    No. 205137

MARIROSA LAMAS, et al.,    }

      Defendants.      }

PLAINTIFF'S MOTION FOR
EXTENSION FOR DISCOVERY DEADLINE

**NOW COMES,** Plaintiff, THOMAS BEALE, who by, Pro Se, request this Honorable Court to GRANT Plaintiff an extension for the Civil Action number above for the reasons below:

1.    Plaintiff was hospitialized from May 30, 2023 to June 6, 2023 and then placed in the Institution's Infirmary from June 6, 2023 until June 12, 2023.

2.    While at the hospital, Plaintiff had to receive nineteen (19) breathing treatments along with seven (7) steroid drips and other pulmonary treatments.

3.    Plaintiff now has a defibrillator in his chest and his breathing is labored from the constant changing of his inhalers by Defendant Paul G. Little.

4.    After being released from the infirmary, Plaintiff was not placed in the Institution's System until June 9, 2023, Plaintiff was unable to use the Law Library because he was not in the Library's system as being back from the hospital.

5.    Plaintiff did not receive any mail until June 28, 2023, therefore not knowing what procedures had taken place.

6.      Plaintiff did not receive requested Production of Documents from the Deputy Attorney General (DAG), Sarina Kaplan, to complete the Discovery phase of this case. DAG Kaplan continusouly informs Judge Edward G. Smith that the requested Document are at my disposal when they're not.

7.      DAG, Sarina Kaplan did not correct the requested Interrogatories. The second set the DAG was suppose to correct where the same as the first. The questions do not match up with the answers.

**WHEREFORE,**  for the above reasons, this Honorable Court should GRANT Plaintiff an extension for thirty (15) days from the original deadline, July 5, 2023.

Respectfully submitted,

Date: June 29, 2023

Thomas Beale
DM-4850
SCI-Chester
500 East 4th Street
Chester, PA 19013

## CERTIFICATE OF SERVICE

I, Thomas Beale, hereby certify that I am on this 29th day of June, 2023, served a true and correct copy of the foregoing Motion For Extension for Discovery Deadline by United States Postal Service, postage pre-paid to the following person(s):

United States District Court
Eastern District of Pennsylvania
c/o Office of the Clerk
601 Market Street
Philadelphia, PA 19106

Office of Attorney General
Deputy Attorney General
c/o Sarina Kaplan
1600 Arch Street, Suite 300
Philadelphia, PA 19106

Weber Galagher
2000 Market Street, Suite 1300
Philadelphia, PA 19106

Thomas Beale, Pro Se
DM-4850
SCI-Chester
500 East 4th Street
Chester, PA 19013



USA ★ FOREVER

RECEIVED
JUL 0 3 2023
BY:

"Inmate Mail - PA DEPT OF CORRECTIONS"

19106317950019

United States District Court
Eastern District Of Pennsylvania
c/o Office of the Clerk
601 Market Street
Philadelphia, PA 19106

Thomas Beale
DM-4850
SCI-Chester
500 East 4th Street
Chester, PA 19013