IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS BEALE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 20-5137 |
| | : | |
| v. | : | |
| | : | |
| KENNETH EASON, Deputy of Facility | : | |
| Management, SCI-Chester; MARK WAHL, | : | |
| Deputy Superintendent of Centralized | : | |
| Services, SCI-Chester; GEORGE ARIAS, | : | |
| Security Lieutenant, SCI-Chester; MICHAEL | : | |
| SELBY, Facility Maintenance Manager, | : | |
| SCI-Chester; PATRICIA | : | |
| CONNOR-COUNCIL, Unit Manager, | : | |
| SCI-Chester; NEKO BOURNE, Unit | : | |
| Manager, SCI-Chester; JACLYN NEALLY, | : | |
| Unit Manager, SCI-Chester; SHIRLEY | : | |
| LAWS-SMITH, RN, Correctional Health | : | |
| Care Administrator, SCI-Chester; ALICIA | : | |
| ROSS, RN, Correctional Health Care | : | |
| Administrator, SCI-Chester; ROBERT | : | |
| GOODE-WILLIAMS, Corrections Officer | : | |
| ("C/O") 1, SCI-Chester; TYRUS | : | |
| WINSTEAD, C/O 1, SCI-Chester; | : | |
| ROBERT LYONS, C/O 1, SCI-Chester; | : | |
| JEANINE LEES, C/O 1, SCI-Chester; | : | |
| TYLER J. KARASINSKI, C/O 1, SCI-Chester; | : | |
| SALEEMA PARKER, C/O 1, SCI-Chester; | : | |
| JAMELLE NORRIS, C/O 1, SCI-Chester; | : | |
| PAIGE DEVANE, C/O 1, SCI-Chester; and | : | |
| DR. PAUL LITTLE, D.O., Resident | : | |
| Physician, SCI-Chester by way of WellPath, | : | |
| individually and in their official capacities, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 6th day of July, 2023, the defendants having filed a joint motion to stay

trial deadlines pending outcome of dispositive motions (Doc. No. 158); and the *pro se* plaintiff

having filed a motion for extension for discovery deadline (Doc. No. 163); and after holding a

telephone conference with the plaintiff and counsel for the defendants, it is hereby **ORDERED** as follows:

1.       The defendants' motion (Doc. No. 158) is **GRANTED**. All deadlines set out in the fourth amended scheduling order (Doc. No. 141) are **VACATED** pending further order of court;[1]

2.       The plaintiff's motion (Doc. No. 163) is **GRANTED.** The plaintiff shall complete all fact discovery by **August 5, 2023**;[2] and

3.       The plaintiff shall file any opposition to the defendants' respective motions for summary judgment (Doc. Nos. 154, 157) by **September 5, 2023**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] The court shall schedule a telephone conference to schedule new trial dates upon resolution of the defendants' respective motions for summary judgment.

[2] The plaintiff's discovery shall be limited to accessing the specific policies discussed in the July 6, 2023 telephone conference and resolving the issue of receiving answers to the plaintiff's interrogatories.