**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS BEALE,<br>Plaintiff,<br><br>v.<br><br>MARIROSA LAMAS, Superintendent,<br>SCI-Chester, *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 2:20-cv-05137-JMG |

**ORDER**

**AND NOW**, this 24th day of August, 2026, upon consideration of the Motion for Summary Judgment filed by Defendants Kenneth Eason, Mark Wahl, G. Arais, Patricia Connor-Council, Neko Bourne, Jaclyn Neally, Shirley Laws-Smith, Alicia Ross, Robert Goode-Williams, Tyrus Winstead, R. Lyons, Jeanine Lees, Tyler J. Karasinski, Saleema Parker, J. Norris, and Paige DeVane (collectively, the "SCI-Chester Defendants") and separately filed supporting Memorandum of Law (ECF Nos. 156, 157), Plaintiff, Thomas Beale's Response to Commonwealth Defendant's Statement of Material Facts and Counter-Statement of Material Facts Precluding the Entry of Summary Judgment (ECF No. 179), the Courts December 13, 2024 Order requesting supplemental briefing (ECF No. 193), Commonwealth Defendants' Supplemental Brief in Support of Motion for Summary Judgment, Pursuant to Court Order, ECF 193 (ECF No. 195), Plaintiff's Response to Commonwealth's Supplemental Brief in Support of Motion for Summary Judgment Pursuant to Court Order (ECF No. 203), Commonwealth Defendants' Response in Support Of Motion for Summary Judgment, Pursuant to Court Order, ECF 193(ECF No. 206), and Plaintiff's verified Amended Complaint and separately docketed exhibits (ECF Nos. 54, 55); and

for the reasons set forth in the separately filed Memorandum Opinion, **IT IS HEREBY ORDERED** as follows:

1. The Commonwealth Defendants' Motions for Summary Judgment (ECF No. 157) is **GRANTED** as to Plaintiff's Eighth Amendment claim concerning exposure to environmental tobacco smoke against Corrections Officer J. Lees;

2. The Commonwealth Defendants' Motions for Summary Judgment (ECF No. 157) is **GRANTED** as to Plaintiff's First Amendment retaliation claim against Deputy Superintendent Mark Wahl, Security Lieutenant G. Arias, and Unit Manager Neko Bourne; and

**IT IS FURTHER ORDERED** the Clerk of Court is **DIRECTED** to mark this case **CLOSED**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge